UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX MINARD, | No. 2:13-cv-01711-KJM-EFB |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| GREEN VAN LINES, et al., | |
| Defendants. | |

      In the caption of the complaint, plaintiff Rex Minard ("plaintiff") alleges damages in excess of $25,000.  Compl. at 1, ECF No. 1.  Although also claiming to have "suffered . . . damages . . . in excess of the minimum [to confer] jurisdiction," *id.* ¶ 29, plaintiff makes no meaningful attempt to calculate damages and alleges no federal question.  Accordingly, the court orders plaintiff to show cause, within seven days of the date of this order, why the matter should not be dismissed for want of jurisdiction.  Absent such a showing, the action will be dismissed.

      IT IS SO ORDERED.

DATED: February 14, 2014.

                                             UNITED STATES DISTRICT JUDGE